Argued August 25, reversed and remanded September 27, 1976

In the Matter of Eugene Thomas May, an allegedly Mentally Ill Person.
STATE OF OREGON, *Respondent,*
*v.*
EUGENE THOMAS MAY, *Appellant.*
(No. MI 42392, CA 5740)
554 P2d 201

*Phillip M. Margolin,* Portland, argued the cause and filed the briefs for appellant.

*Karen H. Green,* Certified Law Student, Salem, argued the cause for respondent. With her on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Tanzer, Judge, and Sloan, Senior Judge.

PER CURIAM.

**PER CURIAM**

For the same reasons expressed in *State v. English,* 26 Or App 957, 554 P2d 201 (1976), this mental illness determination and commitment must be reversed and remanded.

Reversed and remanded.